DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK HAMID ZAMAN,**
Appellant,

v.

**BROWARD, PALM BEACHES, AND ST. LUCIE REALTORS, INC.,** et al.,
Appellees.

No. 4D2024-3106

[April 9, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine D. Cheesman, Judge; L.T. Case No. 502021CA005764XXXXMB.

Malik Hamid Zaman, Palm Beach Gardens, pro se.

Stephen J. Simmons and Seth A. Kupilik of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***